IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NUMBER 4:21MJ580 |
| § | |
| ENRIQUE CASTILLO, JR (1) § | |

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

On this day came on to be considered Defendant Enrique Castillo, Jr.'s Motion for Substitution of Counsel [Dkt. #21]. Having fully reviewed the pleadings, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

IT IS FURTHER ORDERED that Mr. Vickers L. Cunningham, Sr. is hereby substituted as attorney of record in the above-styled and numbered cause; and further, that Mr. Philip Ray is permitted to withdraw. No extensions or continuances will be granted based upon this substitution.

**IT IS SO ORDERED.**
SIGNED this 3rd day of August, 2021.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE